UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| VIEREGGER, THOMAS H. ) | |
| XXX-XX-5210 ) | Case No. 10-11642 ABC |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On August 18, 2011, Jeanne Y. Jagow, Chapter 7 Trustee for the above—caption bankruptcy case, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Trustee's Final Report and Applications for Compensation. Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on August 22, 2011.

2. The docket numbers for each of the following relevant documents are:
    a. The motion and all documents are attached thereto and served therewith (Docket No. 54);
    b. the notice (Docket No. 55);
    c. the certificate of service of the motion and the notice (Docket No. 55);
    d. the proposed order (Docket No. 54); and

3. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. _____.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated:   September 21, 2011                   /s/Jeanne Y, Jagow

Jeanne Y. Jagow, Chapter 7 Trustee
26 West Dry Creek Circle, Suite 715
Littleton, CO  80120
Phone: (303) 798-1255
Fax:    (303) 797-0519
Email:  jjagow@jagowlaw.us